UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANUEL ARCHILLA,

        Plaintiff,

v.                                        Case No. 8:23-cv-1332-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant.
_____/

## O R D E R [1]

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment With Remand (Doc. No. 22; "Motion"), filed November 7, 2023, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1-2. Plaintiff has no objection to the Motion, see id. at 2, and such a disposition is clearly within the Court's authority, see Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment With Remand (Doc. No. 22) is **GRANTED**.

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 14), filed August 16, 2023; Reference Order (Doc. No. 15), entered August 16, 2023.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> Plaintiff's date late insured for Title II purposes was December 31, 2020. (Tr. 316). Upon remand, further consideration will be given to the issue of whether Plaintiff was unable to engage in any substantial gainful activity for a period lasting or expected to last a duration of twelve months. See 42 U.S.C. § 423(d)(1)(A). Consideration will be given to the issue of Plaintiff's residual functional capacity. Plaintiff will be offered an opportunity for a hearing. A new decision will be issued.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on November 9, 2023.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record